[No. 27328-8-III.   Division Three.   July 30, 2009.]

*In the Matter of the Marriage of* HEIDI LYNN (CUEVA) PFEIFFER, *Respondent,* and GUSTAVO ALEJANDRO CUEVA, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 04-3-03164-2, Philip W. Borst, J., entered July 15, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.

[No. 60042-7-I.   Division One.   December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK BACKMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-12128-5, Cheryl B. Carey, J., entered May 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59959-3-I.   Division One.   August 3, 2009.]

THE STATE OF WASHINGTON, *Appellant,* v. ROBERT EUGENE BURROW, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-05674-2, Christopher A. Washington, J., entered April 23, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Becker, J.

[No. 61096-1-I.   Division One.   August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. SEAN MAGUIRE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-03624-1, Cheryl B. Carey, J., entered December 31, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.